

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  ADAM LEE,<br><br>Debtor,<br>_____<br><br>ADAM LEE,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>DANE S. FIELD, Trustee,<br><br>Defendant-Appellee. | No.    16-15108<br><br>D.C. No.<br>1:15-cv-00472-SOM-BMK<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
Susan O. Mollway, District Judge, Presiding

Submitted February 15, 2018[**]
Honolulu, Hawaii

Before:  O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

_____

[*]       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Chapter 7 debtor Adam Lee appeals the district court's order dismissing as moot Lee's appeal from the bankruptcy court's order approving a sale of real property. We have jurisdiction under 28 U.S.C. § 158(d)(1).

Lee concedes that, because he did not obtain a stay of the sale order, 11 U.S.C. § 363(m) bars him from undoing the sale in this appeal. *See In re Onouli-Kona Land Co.*, 846 F.2d 1170, 1171 (9th Cir. 1988). No exception to the § 363(m) mootness rule is applicable in this context. *See In re Filtercorp, Inc.*, 163 F.3d 570, 576–77 (9th Cir. 1998).

We decline to exercise our discretion to grant the trustee's request that we impose sanctions on Lee.

**AFFIRMED.**